

WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 720 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE*    EMAIL: MKC@MKCLAWGROUP.COM

November 16, 2018

*Via ECF; Total Pages: 1*
Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 618
New York, NY 10007

  Re: Alejandro Gonzalez Sanchez et al v. Green Gourmet Deli Corp. et al
    Docket No. 1:18-cv-00086-KPF

Dear Judge Failla:

  This office represents Defendants in the above referenced matter. The parties have conferred with the assigned mediator for this matter, Joseph Kevin McKay, Esq. today in regard to scheduling the mediation. As per Your Honor's order, mediation is to be completed by December 5, 2018. Due to the busy calendar that all have, including our respective clients, and the addition of the upcoming Thanksgiving holiday, the parties and the mediator respectfully request a short extension to complete the mediation for this matter by January 20, 2018. This is the first request for an extension as to the mediation in this matter.

  Thank you for your kind consideration and courtesies in regard to this matter.

                Respectfully submitted,

                *Michael K. Chong*

                Michael K. Chong, Esq.

MKC/
cc: Gennadiy Naydenskiy, Esq. (via ECF)
   Joseph Kevin McKay, Esq. (Mediator via Email)