# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510  　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620



March 12, 2019

Hon. Katherine Polk Failla
United States District Judge
40 Foley Square
New York, NY 10007

Re: *Alejandro Gonzalez Sanchez, et. al. v. Green Gourmet Deli Corp (d/b/a Gourmet Unlimited), et. al.*; 18-cv-00086

Your Honor:

　　Our firm represents Plaintiffs in the above-referenced matter. I write to respectfully request a 30-day extension of time to file Plaintiffs' motion for settlement to April 15, 2019. The reason for the request is due to other crucial deadlines, counsel has not yet had a chance to send a draft agreement to Defendants[1]. Defense counsel consents to the extension, this is the first request for an extension of the deadline to file the settlement motion. Therefore, for the reasons stated herein, Plaintiffs respectfully request an extension of the deadline to file Plaintiffs' motion for settlement to April 15, 2019.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　 /s/ *Gennadiy Naydenskiy*
　　　　　　　　　　　　　　　　　　　　　　　Gennadiy Naydenskiy, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Michael Faillace & Associates
　　　　　　　　　　　　　　　　　　　　　　　60 East 42nd Street, Suite 2540
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10165
　　　　　　　　　　　　　　　　　　　　　　　Tel: (212) 317-1200
　　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 317-1620
　　　　　　　　　　　　　　　　　　　　　　　Email: gnaydenskiy@faillacelaw.com
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

---

[1] Plaintiffs' counsel is expected to send the draft agreement to Defendants within the next couple of days.

Application GRANTED.

Dated:    March 12, 2019
          New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE